**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **J'AMY KLUENDER,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **UNITED STATES LIABILITY** | **NO.  22-3650** |
| **INSURANCE CO., INC.,** | |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 21st day of March, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 87), the Plaintiff's Response in Opposition (ECF No. 92), and all responses thereto, **IT IS ORDERED** that the Defendant's Motion is **GRANTED.** Plaintiff's Second Amended Complaint (ECF No. 28) is dismissed in its entirety. The Court Clerk shall mark this matter as **CLOSED.**

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**